IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT B. PENDARVIS and<br>GRACIE PENDARVIS,<br><br>    Plaintiffs,<br><br>v.<br><br>BP, PLC., BP PRODUCTS NORTH<br>AMERICA, INC., BP AMERICA, INC.,<br>TRANSOCEAN LTD, TRANSOCEAN<br>OFFSHORE DEEPWATER DRILLING,<br>INC., TRANSOCEAN DEEPWATER,<br>INC., HALLIBURTON ENERGY<br>SERVICES, INC., and CAMERON<br>INTERNATIONAL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:10-cv-00218-M |

## DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for BP Products North America Inc. and BP America Inc. certifies that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public:

BP Products North America Inc. is not publicly traded. BP Products North America Inc. is an indirect subsidiary of BP plc, a corporation organized under the laws of England and Wales, the securities of which are publicly traded. BP America Inc. is a subsidiary of BP plc.

s/ *William H. Brooks*
John M. Johnson (JOHNJ7318)
Adam K. Peck (PECKA0851)
William H. Brooks (BROOW3330)
Marchello D. Gray  (GRAYM6384)
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama  35203
Tel:    (205) 581-0700
Fax:    (205) 581-0758
JJohnson@lightfootlaw.com
APeck@lightfootlaw.com
Wbrooks@lightfootlaw.com
MGray@lightfootlaw.com

Attorneys for Defendants
BP Products North America Inc. and
BP America Inc.

OF COUNSEL:

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
**KIRKLAND & ELLIS, LLP**
300 North Lasalle Street
Chicago, IL 60654
Tel.:    (312) 862-2000
Fax:    (312) 862-2200

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr., Esq.
Kenneth J. Riemer, Esq.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532

George R. Irvine, III, Esq.
Stone Granade & Crosby, PC
7133 Stone Dr.
Daphne, AL 36526

                                                    s/ *William H. Brooks*
                                                    Of Counsel